UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GLOBAL CROSSING
TELECOMMUNICATIONS, INC.                             05-CV-6059T(P)

        Plaintiff,

    v.                                               **ORDER**
GLOBAL COMMUNICATIONS CONSULTING
CORPORATION,

        Defendant.
_____

    The plaintiff, Global Crossing Telecommunications, Inc., moves for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure because of the defendant's failure to answer or otherwise appear in this action, it is therefore

    ORDERED, that judgment shall be, and hereby is, granted in favor of plaintiff Global Crossing Telecommunications, Inc. and against defendant Global Communications Consulting Corporation in the sum of $2,031,716.44, plus pre-judgment interest at the rate established by law from February 18, 2005 (the date of the filing of the Complaint) to the date of entry of this Judgment, as well as costs and post-judgment interest pursuant to statute from the date of entry of this Judgment until the Judgment is fully paid, satisfied and discharged.

    ALL OF THE ABOVE IS SO ORDERED.

                              S/ Michael A. Telesca
                              _____
                                MICHAEL A. TELESCA
                              United States District Judge

Dated:    Rochester, New York
           April 27, 2005